UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 02-300(DSD/SRN)

Morton Blechman, et al.,

Plaintiffs,

v. **ORDER OF REFERENCE**

Warner-Lambert Company, et al.,

Defendants,

**IT IS HEREBY ORDERED** that pursuant to 28 U.S.C. § 636(b)(1)(A) that United States Magistrate Judge Susan Richard Nelson is designated to conduct hearings and issue an order on plaintiffs' motion to remand back to Hennepin County filed in this matter.

Dated: March 14, 2002

David S. Doty, Judge
United States District Court

2002

FILED ______
RICHARD D. SLETTEN, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______