# UNITED STATES DISTRICT COURT

## District of Minnesota

Clerk's Office, 700 Federal Building,
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

## MOTION FOR ADMISSION PRO HAC VICE

**Case Number:** 02-300 DSD/SRN **Case Title:** Bechman v. Warner Lambert

**Affidavit of Movant**

I, Stephen Randall, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Frank Woodson, an attorney admitted to practice in the Middle District of Alabama, but not admitted to the bar of this court, who will be counsel for the (X)plaintiff ( )defendant Lillian Blechman in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

Stephen J Randall — Signature
221910 — MN Attorney License #
3/18/02 — Date

**Affidavit of Proposed Admittee**

I, Frank Woodson, am currently a member in good standing of the U.S. District Court for the Middle District of Alabama, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Frank Woodson — Type/Print Name
__________ — Signature
__________ — Date

Attorney License Number: ASB-0479-N66E

Law Firm Name & Address: Beasley, Allen, Crow, Methvin, Portis & Mil ,P.C.
200 Coosa Street
Montgomery, AL 36104

Telephone: (334) 269-2343

Motion Granted: Richard D. Sletten
For the Court: Richard D. Sletten, Clerk mmc

MAR 19 2002
Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

FILED MAR 19 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______